IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BOBBY L. WILLIS, CARRIE S. WILLIS,
GOLDEN RULE, LLC, WILLIS ASSET
MANAGEMENT, LLC, and the BOBBY L.
WILLIS AND CARRIE S. WILLIS TRUST
DATED JUNE 15, 2005,

       Plaintiffs,

v.                                             1:16-cv-00813-MV-LF

DARRYL W. MILLET, ALBUQUERQUE
ADVOCATES, P.C., FINANCIAL
INSTITUTIONS DIVISION, NEW MEXICO
OFFICE OF SUPERINTENDENT OF
INSURANCE, NEW MEXICO REGULATION
AND LICENSING DEPARTMENT, CYNTHIA
HALL, JOHN G. FRANCHINI, CYNTHIA
RICHARDS, PHYLLIS H. BOWMAN, MICHAEL
SMITH, GUARDIAN ABSTRACT AND TITLE
COMPANY,

       Defendants.

**ORDER ADOPTING MAGISTRATE JUDGE'S
PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

      Pursuant to the provisions of 28 U.S.C. § 636(b)(1)(A) and Rule 72(a) of the Federal Rules of Civil Procedure, I designated Magistrate Judge Laura Fashing to hear and determine the Motion to Stay Proceedings filed by Defendant Daryl Millet on December 9, 2016.  Doc. 34. Judge Fashing heard oral arguments on May 1, 2017, and filed her Proposed Findings and Recommended Disposition on May 5, 2017.  Docs. 49, 50.  The proposed findings notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review.  Doc. 50 at 4.  The parties have not filed any objections and the time to do so has now passed.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 50) are ADOPTED;

2. Defendants Darryl Millet and Albuquerque Advocates, P.C.'s, Motion to Stay Proceedings (Doc. 34) is DENIED.

_____
UNITED STATES DISTRICT JUDGE