Dear Ms. Arlowe:

I am writing per the Court's instructions in it *Order to Stay*, Doc. 54.  The Court's Order speaks for itself, but as I re-read the Order, the Court advised the parties that the state court's *Final Order Approving the Settlement Agreement* would result in the dismissal of this case. However, as the Court's Order also notes, Ms. Willis did file an appeal to the New Mexico Court of Appeals and as the Court observed "Although the settlement approved by the state court has the potential to dispose of this case in its entirety, the status of the final order – including dismissal of this action – has yet to be determined by the state courts." Doc. 54 at p. 3.

The Court directed that "Darryl Millet and Albuquerque Advocates' attorneys [to] promptly apprise the Court and plaintiffs' counsel of any changes in the status of the state court proceedings that have effect on these proceedings." Doc. 54 at p. 3.

On Friday, we received an Order from the New Mexico Court of Appeals dismissing Ms. Willis' appeal. We believe that makes the state court order and release of all claims against Receiver Millet final.

As requested, I am including plaintiffs' counsel on this e-mail.

Briggs Cheney



SHEEHAN & SHEEHAN, P.A.
Attorneys at Law | Est. 1954

**Briggs F. Cheney**
Mailing Address:
PO Box 271
Albuquerque, NM
87103

Street Address:
6001 Indian School Road NE
Suite 400
Albuquerque, NM
87110

Tel: 505.247.0411
Fax: 505.842.8890
Email: bfc@SheehanSheehan.com

www.SheehanSheehan.com


--------------------

Click below to report this message as spam
for Catherine_Arlowe@nmcourt.fed.us
Report This As Spam