IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BOBBY WILLIS,
CARRIE WILLIS,
CASSIDY WILLIS,
GOLDEN RULE, LLC, and
BOBBY L. AND CARRIE S. WILLIS TRUST
 DATED JUNE 15, 2005,

        Plaintiffs,

v.                                         Case No. 1:16-cv-00813-MV-LF

DARRYL W. MILLET,
ALBUQUERQUE ADVOCATES, P.C.,
FINANCIAL INSTITUTIONS DIVISION,
NEW MEXICO OFFICE OF
 SUPERINTENDENT OF INSURANCE,
NEW MEXICO REGULATION AND
 LICENSING DEPARTMENT,
CYNTHIA HALL,
JOHN G. FRANCHINI,
CYNTHIA RICHARDS,
PHYLLIS H. BOWMAN,
MICHAEL SMITH, and,
GUARDIAN ABSTRACT AND TITLE
 COMPANY,

        Defendants.

**ATTORNEY PAUL GORDON'S RESPONSE TO ORDER TO SHOW CAUSE**

      Attorney Paul Gordon responds to this Court's order to show cause, stating as follows:

      The undersigned apologizes for missing the most recent hearing. Some of the Plaintiffs terminated the undersigned's engagement, creating a conflict of interest preventing the undersigned from representing any Plaintiff in this case. As a result, the undersigned expected a

different attorney to appear on Plaintiffs' behalf and to attend the most recent hearing.  The undersigned takes full responsibility for the confusion and inconvenience.

FOR THESE REASONS, Attorney Paul Gordon requests this Court to discharge the order to show cause.

RESPECTFULLY submitted this 31st day of May, 2018.

                               GORDON MELUN MATON LLP

                               By:    /s/Paul Gordon
                               Paul Gordon
                               400 South Colorado Boulevard, Suite 420
                               Glendale, Colorado 80246
                               Telephone: (303) 756-0800
                               Fax: (303) 756-9315
                               Email: pgordon@gorlaw.com
                               *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on this 31st day of May, 2018, a true copy of ATTORNEY PAUL GORDON'S RESPONSE TO ORDER TO SHOW CAUSE was served by Internet on the following:

Bobby Willis
Carrie Willis
Cassidy Willis
Golden Rule, LLC
Bobby L. and Carrie S. Willis Trust
 Dated June 15, 2005
Post Office Box 3223
Kirtland, New Mexico 87417
Carrie.legal@gmail.com

Charles J. Vigil, Esq.
Rodey, Dickason, Sloan, Akin & Robb, P.A.
Post Office Box 1888
Albuquerque, New Mexico 87103
cvigil@rodey.com
*Attorneys for Defendants Michael Smith and Guardian Abstract Company*

Sean Olivas, Esq.
Keleher & McLeod, P.A.
Post Office Box AA
Albuquerque, New Mexico 87103
so@keleher-law.com
*Attorney for Defendants Financial Institutions Division, New Mexico Regulation and Licensing Department, New Mexico Office of Superintendent of Insurance, Cynthia Hall, John G. Franchini, Cynthia Richards, and Phyllis H. Bowman*


 /s/Paul Gordon
Paul Gordon