IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BOBBY L. WILLIS, CARRIE S. WILLIS,
GOLDEN RULE, LLC, WILLIS ASSET
MANAGEMENT, LLC, and the BOBBY L.
WILLIS AND CARRIE S. WILLIS TRUST
DATED JUNE 15, 2005,

        Plaintiffs,

v.                                    Case No. 1:16-cv-00813-MV-LF

DARRYL W. MILLET, ALBUQUERQUE
ADVOCATES, P.C., FINANCIAL INSTITUTIONS
DIVISION, NEW MEXICO OFFICE OF
SUPERINTENDENT OF INSURANCE, NEW
MEXICO REGULATION AND LICENSING
DEPARTMENT, CYNTHIA HALL, JOHN G.
FRANCHINI, CYNTHIA RICHARDS, PHYLLIS H.
BOWMAN, MICHAEL SMITH, and GUARDIAN
ABSTRACT AND TITLE COMPANY,

        Defendants.

## DEFENDANTS' MICHAEL SMITH'S AND GUARDIAN ABSTRACT AND TITLE COMPANY'S AFFIDAVIT PURSUANT TO COURT'S ORDER FOR SANCTIONS

COME NOW Defendants Michael Smith ("Smith") and Guardian Abstract and Title Company ("Guardian") and, in compliance with the Court's Order for Sanctions [Doc. 61] submits the following Affidavit outlining attorney fees for participation in the telephonic status conference on May 21, 2018.

Charles J. Vigil, after being first duly sworn under oath, states:

1.     I am a lawyer licensed to practice law in the State of New Mexico and have been so licensed since 1989. I am also admitted to the bar for the United States District Court for the District of New Mexico.

2.     I am counsel of record for Smith and Guardian in this matter.

2758048.1

3.  I attended the May 21, 2018 status conference and did the following work and billed my clients as follows:

| 5/21/18 | Preparing for and attending telephonic status conference | $225/hour | .8 hours | $180.00 |
|---|---|---|---|---|
|  |  |  |  |  |
|  | NM Gross Receipts Tax 7.5% |  |  | 13.50 |
|  | **Total** |  |  | $193.50 |

4.  The foregoing are fees performed and billed to my client and I submit those charges are fair and reasonable.

FURTHER AFFIANT SAYETH NAUGHT.

_____
CHARLES J. VIGIL

STATE OF NEW MEXICO    )
                                              ) ss.
COUNTY OF BERNALILLO   )

SUBSCRIBED and SWORN to before me this _13th_ day of June, 2018, by Charles J. Vigil.

_____
Notary Public



CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2018, I filed the foregoing pleading electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By _/s/ Charles J. Vigil_____
     Charles J. Vigil