IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BOBBY L. WILLIS, CARRIE S. WILLIS,
GOLDEN RULE, LLC, WILLIS ASSET
MANAGEMENT, LLC, and the BOBBY L.
WILLIS AND CARRIE S. WILLIS TRUST
DATED JUNE 15, 2005,

        Plaintiffs,

v.                                                 1:16-cv-00813-MV-LF

DARRYL W. MILLET, ALBUQUERQUE
ADVOCATES, P.C., FINANCIAL
INSTITUTIONS DIVISION, NEW MEXICO
OFFICE OF SUPERINTENDENT OF
INSURANCE, NEW MEXICO REGULATION
AND LICENSING DEPARTMENT, CYNTHIA
HALL, JOHN G. FRANCHINI, CYNTHIA
RICHARDS, PHYLLIS H. BOWMAN, MICHAEL
SMITH, GUARDIAN ABSTRACT AND TITLE
COMPANY,

        Defendants.

**ORDER**

        THIS MATTER is before the Court on the Court's Order for Sanctions.  Doc. 61.  The Court ordered Mr. Gordon to personally pay for defendants' attorney's fees for their preparation and participation in the May 21, 2018 status conference, which Mr. Gordon failed to attend.  *Id*.  Defendants' attorneys were ordered to file affidavits of attorney's fees by June 15, 2018, which they did.  *See* Docs. 61, 62, 63.  Mr. Gordon was given a deadline of June 22, 2018 to object to the reasonableness of the fees.  Doc. 61 at 2.  Mr. Gordon did not file any objections.

        Attorney Briggs Cheney, representing defendants Daryl Millet and Albuquerque Advocates, P.C., filed a Motion and Affidavit requesting $495.41 in attorney's fees.  Doc. 62.  Of this amount, he incurred $203.50 preparing a stipulation of dismissal and proposed order, and composing a detailed email to Mr. Gordon explaining these documents.  Doc. 62 at 2.  Mr.

Cheney states that the Court may find this work beyond the scope of the Court's Order for Sanctions, due to Mr. Gordon's conflict in this case. *Id*. The Court does find this beyond the scope of the Court's order, finds that Mr. Gordon should not be liable for these costs, and orders Mr. Gordon to pay defendants Daryl Millet and Albuquerque Advocates, P.C. $277.67 (the remaining $259.50 in attorney's fees, plus New Mexico gross receipts tax on this amount). Attorney Charles Vigil, representing defendants Michael Smith and Guardian Abstract and Title Co., filed an affidavit requesting $193.50 in attorney's fees. Doc. 63. The Court orders Mr. Gordon to pay defendants Michael Smith and Guardian Abstract and Title Co. $193.50.

Mr. Gordon shall pay the attorney's fees within 30 days of this order.

**IT IS SO ORDERED.**

_____
Laura Fashing
United States Magistrate Judge